AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| MICHAEL BRADFORD, : Plaintiff Pro Se, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. Docket # 1:09-CV-0156 JEC |
| DWAYNE CARTER, Et Al., : Defendants. | ) | |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
BTM
BMI- Music INC.
c/o Richard A. Garza Esq., Director Legal & Buisness
3340 Peachtree Road, Suite 570
Atlanta, GA 30326

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michael A. Bradford, Pro Se
710 Peachtree Street, Suite 805
Atlanta, Georgia 30308

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
Name of clerk of court

Date: JAN 3 0 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

U.S.D.C. Atlanta
FEB 02 2009
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __2/2/2009__,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __BM Inc. c/o Richard A. Garza Esq. 3340 Peachtree Road, Suite 570 Atlanta, GA 30326__ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ __50__ for travel and $ __25__ for services, for a total of $ __75.00__ .

Date: __2/2/2009__

[signature]
Server's signature

__Royce Taylor__
Printed name and title

__2515 NE Expressway Apt R8 Atlanta, GA 30345__
Server's address

AO 440 (Rev. 04/08) Civil Summons

## UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| MICHAEL BRADFORD, : Plaintiff Pro Se, )<br>Plaintiff )<br>v. )<br>DWAYNE CARTER, Et Al., : Defendants. )<br>Defendant ) | Civil Action No. Docket # 1:09-CV-0156 JEC |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
 ʆTʰ
ASCAP- -Music
c/o Lori Giovengo - Repertory Services
2675 Paces Ferry Road, Suite 350,
Atlanta Georgia 30339.


A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michael A. Bradford, Pro Se
710 Peachtree Street, Suite 805
Atlanta, Georgia 30308


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


                                                                        **JAMES N. HATTEN**
                                                                        Name of clerk of court

Date:  JAN 3 0 2009                                              _____
                                                                        Deputy clerk's signature


*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Case 1:09-cv-00156-JEC  Document 9  Filed 02/02/2009  Page 1 of 1

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 02 2009

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 2/2/2009, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ASCAP C/O LORI GIOVENGO ; or
2675 PACES FERRY ROAD, SUITE 350 ATLANTA, GA 30339

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ 50 for travel and $ 25 for services, for a total of $ 25.00 .

Date: 2/2/2009

[signature]
Server's signature

ROYCE TAYLOR
Printed name and title

2515 NE EXPRESSWAY APT. R8 ATLANTA, GA 30345
Server's address