IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL BRADFORD,

    Plaintiff,

v.

DWAYNE CARTER, et al.,

    Defendants.

CIVIL ACTION NO.
1:09-CV-00156-JEC

### ORDER

Upon the parties' Joint Motion for Referral to Early Neutral Evaluation [65], pursuant to LR 16.7(B)(1), NDGa., the motion is **GRANTED**. It is hereby **ORDERED** that this case is referred to early neutral evaluation and, pursuant to LR 16.7(B)(4), NDGa., is **STAYED** until the early neutral evaluation process is complete. The Court will set a deadline for completion of the process after a neutral is appointed.

Pursuant to LR 16.7(F)(1), NDGa., the parties are each **ORDERED** to submit a joint list of three (3) neutral evaluators[1] to the Court by **SEPTEMBER 11, 2009**. The Court directs the parties to attempt to agree on one of these three neutrals and to so indicate

---

[1] If the parties cannot agree on three neutral evaluators, each may submit his own list of three suggested individuals.

their choice in their submission.[2]

This case is **ADMINISTRATIVELY TERMINATED** until the conclusion of the Early Neutral Evaluation process, after which it will be reopened. All other pending motions are **DENIED without prejudice**.

SO ORDERED, this 13 day of August, 2009.

JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE

---

[2] Once a neutral evaluator is selected, the parties will be expected to agree upon compensation of the neutral at or before the first conference. LR 16.7(M)(1).