IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 18 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| MICHEAL A. BRADFORD, | : |
|     Plaintiff Pro se, | : Civil Action |
| |   No. No. 1:09-CV-00156-JEC |
| Vs. | : |
| DWAYNE CARTER, p/k/a *"Lil' Wayne"*, | : |
| et. al., | : |
|     Defendants. | : |
| _____ x | |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**COME NOW** Michael A. Bradford, hereinafter referred to as the plaintiff in the above action, and moves this Honorable Court pursuant to Rule 55(a) of the Federal Rules of Civil procedures, with supporting affidavit, to enter a Default Judgment against the defendant Dwayne Carter p/k/a "**Lil' Wayne**" for deliberate failure to answer the civil complaint filed against him and other defendants in this case.

Respectfully submitted

Michael A. Bradford

*/s/ Michael A. Bradford*

Dated: 8/18/09

Michael A. Bradford, Plaintiff Pro Se
710 Peachtree Street
Suite 805
Atlanta, Georgia 30308