IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

OCT 0 6 2009

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

MICHAEL BRADFORD,

   Plaintiff,

v.

DWAYNE CARTER, et al.,

   Defendants.

CIVIL ACTION NO.
1:09-CV-0156

### ORDER

This case is before the Court on plaintiff's Motion for Default Judgment [67], which was filed on August 18, 2009. Plaintiff indicates that defendant Dwayne Carter is in default because he has not answered plaintiff's Complaint, which was allegedly served on defendant's counsel on May 4, 2009. (*See* Aff. of Plaintiff in Support of Default Judgment Motion Against Defendants [68].)

The Court cannot confirm, from plaintiff's proffer, that the attorney in question is an authorized agent for service. Moreover, service by certified mail, which is what apparently occurred here, does not comply with FED. R. CIV. P. 4.

The plaintiff now has counsel who will be given until **November 9, 2009** to properly serve defendant Carter and to provide the Court with documentation of same. Failure to serve defendant Carter by the

AO 72A
(Rev.8/82)

above deadline could results in dismissal of the claims against him. Plaintiff's Motion for Default Judgment [67] is **DENIED**.

SO ORDERED, this ___6___ day of October, 2009.

JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE