IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta
OCT 06 2009
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

MICHAEL BRADFORD,

  Plaintiff,

v.

DWAYNE CARTER, et al.,

  Defendants.

CIVIL ACTION NO.

1:09-CV-0156

### ORDER

This case is before the Court upon the parties' joint notification that they have agreed on two neutrals for this case. The parties do not indicate which of the neutrals they wish to choose, however.

The Court directs that the parties indicate their choice of one of these two neutrals, as well as submit a proposed scheduling order, by **October 26, 2009.**

SO ORDERED, this 6 day of October, 2009.

_____
JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)