# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL BRADFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Dwayne Carter, p/k/a "Lil Wayne"; Bobby M. Wilson, p/k/a Bobby Valentino; Darius J. Harrison, p/k/a Deezel; Curtis Stewart, p/k/a Kidd Kidd; Cash Money Records; Universal Music Group/ Motown Records, Inc.; Warner-Tamerlane Publishing Corp. a/c Young Money Publishing Inc.; Universal Music Publishing Group - Almo Music Corp a/c Tightwerk Music; The Royalty Network Inc. a/c Three Nails and a Crown Roynet Music; Ultra Tunes a/c Reallionaire Music; BMI Inc.; ASCAP; et al., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION NO.** **1:09-CV-0156-JEC** |
| Defendants | ) |
| _____ | ) |

**<u>DEFENDANTS' NOTICE OF PLAINTIFF'S UNILATERAL</u>**
**<u>CANCELLATION OF EARLY NEUTRAL EVALUATION</u>**

Defendants Universal Motown Republic Records Group, a division of UMG Recordings, Inc., Rondor Music International, Inc., The Royalty Network Inc., Darius J. Harrison and Warner-Tamerlane Publishing Corp. (collectively, "Defendants"), by their counsel, respectfully wish to notify this Court that Plaintiff has refused to participate in the Early Neutral Evaluation that was scheduled to take place in this action on November 12, 2009, pursuant to this Court's Order dated August 13, 2009, and the parties' Scheduling Order dated October 26, 2009. (*See* Docket Entry Nos. 66 and 74). Plaintiff took this unilateral action on November 4, 2009, over Defendants' objections, and although Plaintiff's counsel assured Defendants that he would inform this Court by November 5, 2009 of Plaintiff's cancellation of the scheduled ENE, Plaintiff's counsel failed to do so yesterday and has refused to do so today as well. Contrary to Plaintiff's and Plaintiff's counsel's cavalier approach to this matter, Defendants wish to promptly notify this Court that Plaintiff's unreasonable conduct will result in the Defendants' inability to comply with this Court's Order referring this action to ENE.

Defendants do not seek to burden this Court with a lengthier submission at this time. However, Defendants will be filing a motion seeking sanctions against Plaintiff pursuant to LR 16.02(f) to recover the

attorneys' fees and costs which they have incurred as a result of Plaintiff's refusal to abide by the Order and his last-minute cancellation of the ENE, including fees and costs related to identifying potential neutrals, coordinating with Plaintiff's counsel on the selection of the neutral, submitting joint filings to this Court regarding the ENE, preparing Defendants' written submission to the evaluator (which was to be served yesterday), and making travel arrangements to attend the ENE.

Defendants also respectfully renew their request that this Court hold a Status Conference in this case to (1) address Plaintiff's failures to comply with his obligations in this purported copyright infringement action, including his prior refusal to respond to Defendants' written discovery requests; and (2) adopt the phased discovery schedule set forth in Defendants' unopposed motion for phased discovery (*see* Docket Entry No. 52) so that Defendants may move promptly to dispose of this frivolous action.

[Signature on following page]

Respectfully submitted, this 6tth day of November 2009.

        s/ T. Joshua R. Archer
        T. Joshua R. Archer
        Georgia Bar No. 021208
        M. Anne Kaufold-Wiggins
        Georgia Bar No. 142239
        BALCH & BINGHAM LLP
        30 Ivan Allen Jr. Blvd. N.W., Suite 700
        Atlanta, GA 30308
        Telephone:  (404) 261-6020
        Facsimile:  (404) 261-3656


        Cynthia S. Arato
            *(admitted pro hac vice*)
        Marc E. Isserles
            *(admitted pro hac vice)*
        MACHT, SHAPIRO, ARATO &
        ISSERLES, LLP
        The Grace Building
        1114 Avenue of the Americas, 45th Floor
        New York, NY 10036
        Telephone:  (212) 479-6724
        Facsimile:  (212) 202-6417

        *Attorneys for Universal Motown Republic Records Group, a Division of UMG Recordings, Inc. (erroneously sued as Universal Music Group/Motown Records, Inc.), Rondor Music International, Inc. (erroneously sued as Universal Music Publishing Group – Almo Publishing Group), The Royalty Network Inc. (erroneously sued as The Royalty Network Inc. a/c Three Nails and a Crown), Darius J. Harrison, p/k/a Deezle, and Warner-Tamerlane Publishing Corp. (erroneously sued as a/c Young Money Publishing Inc.)*

3

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

Counsel certifies that the foregoing **DEFENDANTS' NOTICE OF PLAINTIFF'S UNILATERAL CANCELLATION OF EARLY NEUTRAL EVALUATION** has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(C).

This 6th day of November 2009.

s/ T. Joshua R. Archer
T. Joshua R. Archer
Georgia Bar No. 021208

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANTS' NOTICE OF PLAINTIFF'S UNILATERAL CANCELLATION OF EARLY NEUTRAL EVALUATION** has been served upon the following by the electronic filing of this Notice, on this 6th day of November 2009:

> S. Quinn Johnson
> **JOHNSON PLLC**
> 880 Confederate Avenue
> Atlanta, GA  30312
> quinn.johnson@jcoip.com
>
> *Attorney for Plaintiff Michael Bradford*

                                                                    s/ T. Joshua R. Archer

                                                                    T. Joshua R. Archer
                                                                    Georgia Bar No. 021208

3

4