IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL BRADFORD,             )<br>                              )<br>    Plaintiff,                )<br>                              )<br>v.                            )<br>                              )<br>DWAYNE M. CARTER, p/k/a "LIL  )<br>WAYNE"; BOBBY M. WILSON, p/k/a )<br>BOBBY VALENTINO; DARIUS J.    )<br>HARRISON, p/k/a DEEZEL; CURTIS )<br>STEWART, p/k/a KIDD KIDD; CASH )<br>MONEY RECORDS; UNIVERSAL      )<br>MUSIC GROUP/MOTOWN            )<br>RECORDS, INC.; WARNER-        )<br>TAMERLANE PUBLISHING CORP.    )<br>a/c YOUNG MONEY PUBLISHING    )<br>INC.; UNIVERSAL MUSIC         )<br>PUBLISHING GROUP – ALMO       )<br>MUSIC CORP. A/C TIGHTWERK     )<br>MUSIC; THE ROYALTY            )<br>NETWORK, INC. A/C THREE NAILS )<br>AND A CROWN ROYNET MUSIC;     )<br>ULTRA TUNES A/C/              )<br>REALLIONAIRE MUSIC; BMI INC.; )<br>ASCAP; et al.,                )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>1:09-CV-00156-JEC |

**<u>MOTION TO CANCEL (SET ASIDE) ORDER FOR EARLY NEUTRAL
EVALUATION AND NOTICE OF INTENT TO FILE FIRST AMENDED
COMPLAINT</u>**

Plaintiff, Michael Bradford, through undersigned counsel, respectfully moves this Court, for good cause, to set aside the Court's Order for Early Neutral Evaluation (ENE) that was scheduled to take place in this action on November 10, 2009, pursuant to the parties' Joint Motion for Referral to ENE [65] and the parties' Scheduling Order [74] dated October 26, 2009.

In the present action, Michael Bradford, in his pro se capacity, was informed and led to believe that Defendants did in fact genuinely desire to confer regarding settlement of the issues on the merits. However, plaintiff was misled as to the actual motive of the Defendants' seeking ENE. The guise of settlement discussions, proffered to Plaintiff by Defendants' repeated insistence on submitting to ENE, was merely a deceptive tactic to deplete the ability of Plaintiff to pursue this action for copyright infringement. Plaintiff was previously unaware and unable to determine Defendant's true intention of cajoling Plaintiff into a costly non-binding proceeding that would be out of the reach of any evidentiary records. This heavy-handed tactic reveals the lack of opportunity for Plaintiff to conduct meaningful good-faith settlement-negotiations with and among all necessary defendants.

Good cause exists to set aside this Court's Order for ENE, in light of Michael Bradford, in his initial pro se capacity, being misled as to the purpose

of ENE by the sophisticated means and devices of Defendants.  As stated in LR 16.7 (A), the purpose of ENE as a means of ADR is to "...provide...for the ***resolution*** of civil disputes with resultant savings in time and costs to litigants...***but*** without sacrificing the quality of justice to the litigants..." It has become readily apparent that ENE would not foster resolution of the genuine disputes in this action, but rather, would only serve to sacrifice Plaintiff's opportunity for justice by depleting Plaintiff's ability to continue with these proceedings.  Therefore, Plaintiff, now through counsel, respectfully seeks to proceed in this action in a timely and efficient manner commencing with the filing of a First Amended Complaint.

NOTICE IS HEREBY GIVEN THAT on December 14, 2009, in accord with Plaintiff's Motion for Extension of Time to Serve Complaint [76], Michael Bradford, by and through counsel, will move for leave to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) to:

1. Clarify the nature of this action,
2. Correct the listing of parties to the action,
3. Clarify the material background facts,
4. Focus the issues,

5. Proffer the certificates of copyright registration for plaintiff's original compositions, and

6. Identify similarities between plaintiff's original compositions and defendant's derivative song.

Plaintiff respectfully urges this Court to grant this motion and enter an order to set aside the Court's Order on the Motion for Early Neutral Evaluation [66] dated August 13, 2009.

RESPECTFULLY SUBMITTED this 11th day of November, 2009.

<u>s/ S. Quinn Johnson</u>
S. Quinn Johnson
JOHNSON|LLC
3348 Peachtree Road, NE
Tower Place 200, Suite 700
Atlanta, GA 30326
Telephone:  (678) 954-4754
Facsimile: (678) 954-4755

ATTORNEY FOR PLAINTIFF
MICHAEL BRADFORD

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL BRADFORD, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| DWAYNE M. CARTER, et al., | ) | 1:09-CV-00156-JEC |
| | ) | |
|     Defendants. | ) | |

## ORDER

The Court having reviewed the Plaintiff's MOTION TO CANCEL (SET ASIDE) ORDER FOR EARLY NEUTRAL EVALUATION AND NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT and it appearing that good cause exists, the motion is **GRANTED**.

IT IS THEREFORE ORDERED that the Order for Early Neutral Evaluation, dated August 13, 2009 shall be set aside. Plaintiff shall have until December 14, 2009, to move for Leave to File First Amended Complaint by providing the Court with documentation of the same.

SO ORDERED, this ____ day of November, 2009.

_____
CHIEF UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing **MOTION TO CANCEL (SET ASIDE) ORDER FOR EARLY NEUTRAL EVALUATION AND NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT** has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(D).

This 11th day of November, 2009.

                                                    s/ *S. Quinn Johnson*_____
                                                    S. Quinn Johnson
                                                    Georgia Bar No. 120573

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **MOTION TO CANCEL (SET ASIDE) ORDER FOR EARLY NEUTRAL EVALUATION AND NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT** has been served with the Clerk of Court and upon parties to this proceeding accepting service electronically via the CM/EFC or by U.S. Mail, postage prepaid and properly addressed to those who are not, on this 11th day of November, 2009.

T. Joshua R. Archer
Georgia Bar No. 021208
M. Anne Kaufold-Wiggins
Georgia Bar No. 142239
BALCH & BINGHAM LLP
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

Cynthia S. Arato
(admitted pro hac vice)
Marc E. Isserles
(admitted pro hac vice)
MACHT, SHAPIRO, ARATO &
ISSERLES, LLP
The Grace Building
1114 Avenue of the Americas, 45th
Floor
New York, NY 10036
Telephone:  (212) 479-6724
Facsimile:  (212) 202-6417

ATTORNEYS FOR DEFENDANTS
UNIVERSAL MOTOWN REPUBLIC
RECORDS GROUP, A DIVISION OF
UMG RECORDINGS, INC.
(ERRONEOUSLY SUED AS
UNIVERSAL MUSIC
GROUP/MOTOWN RECORDS, INC.),
RONDOR MUSIC INTERNATIONAL,
INC. (ERRONEOUSLY SUED AS
UNIVERSAL MUSIC PUBLISHING
GROUP – ALMO PUBLISHING
GROUP), THE ROYALTY NETWORK
INC. (ERRONEOUSLY SUED AS THE
ROYALTY NETWORK INC. A/C
THREE NAILS AND A CROWN),
DARIUS J. HARRISON, P/K/A
DEEZLE, AND WARNER-
TAMERLANE PUBLISHING CORP.
(ERRONEOUSLY SUED AS
WARNER-TAMERLANE
PUBLISHING CORP. A/C YOUNG
MONEY PUBLISHING INC.)

s/ ***S. Quinn Johnson***
S. Quinn Johnson
Georgia Bar No. 120573