IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 19 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

MICHAEL BRADFORD, )
    Plaintiff, )
 )
v. )
 )   CIVIL ACTION NO.
DWAYNE M. CARTER, et al., )   1:09-CV-00156-JEC
 )
    Defendants. )
 )
 )

## ORDER

The Court having reviewed the Plaintiff's MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT AND REQUEST FOR EXPEDITED RULING pursuant to FED R. CIV. P. 4(m) and it appearing that good cause exists, the motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have additional forty-five (45) days, or until December 14, 2009, within which to properly serve Defendant and provide the Court with documentation of the same.

SO ORDERED, this  19  day of November, 2009.

CHIEF UNITED STATES DISTRICT
JUDGE