## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MICHAEL BRADFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DWAYNE MICHAEL CARTER, JR, ) | |
| p/k/a LIL WAYNE; BOBBY ) | |
| MARCEL WILSON, p/k/a BOBBY ) | |
| VALENTINO; DARIUS J. ) | |
| HARRISON, p/k/a DEEZLE; CURTIS ) | |
| STEWART, p/k/a KIDD KIDD; CASH ) | |
| MONEY RECORDS, INC.; ) | CIVIL ACTION NO. |
| UNIVERSAL MOTOWN REPUBLIC ) | 1:09-CV-00156-JEC |
| RECORDS GROUP, A DIVISION OF ) | |
| UMG RECORDINGS, INC. ) | |
| ; WARNER-TAMERLANE ) | |
| PUBLISHING CORP.; YOUNG ) | |
| MONEY PUBLISHING, INC.; ) | |
| RONDOR MUSIC ) | |
| INTERNATIONAL, INC.; THE ) | |
| ROYALTY NETWORK INC.; ) | |
| ULTRA INTERNATIONAL MUSIC ) | |
| PUBLISHING, LLC d/b/a ULTRA ) | |
| TUNES LLC; BMI INC.; and ASCAP; ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR EXTENSION OF TIME (1) DAY FOR LEAVE TO FILE MOTION IN SUMMOR OF MOTION TO SET ASIDE EARLY NEUTRAL EVALUATION

Plaintiff, Michael Bradford, through undersigned counsel, pursuant to FED R. CIV. P. 16(b) and 15(a)(2), and for good cause shown herein, respectfully moves the Court for an EXTENSION OF TIME OF (1) DAY FOR LEAVE TO FILE MOTION IN SUPPORT OF MOTION TO SET ASIDE ORDER FOR EARLY NEUTRAL EVALUATION.

Plaintiff requests an extension of (1) day to file Motion in Support of Motion to Set Aside Order for Early Neutral Evaluation, specifically due to a Firm network outage on January 11, 2010, caused by unanticipated network-server maintenance.

The requested extension is made, in good faith and not for the purpose of delay; will not result in prejudice to any Party; and will not delay trial or any other phase of the case. A proposed Order is attached hereto.

Respectfully submitted, this 12th day of January, 2010.

<u>s/ S. Quinn Johnson</u>
S. Quinn Johnson
JOHNSON|LLC
3348 Peachtree Road, NE
Tower Place 200, Suite 700
Atlanta, GA 30326
Telephone: (678) 954-4754
Facsimile: (678) 954-4755

ATTORNEY FOR PLAINTIFF
MICHAEL BRADFORD

## **CERTIFICATE OF COUNSEL REGARDING FONT SIZE**

Counsel certifies that the foregoing MOTION FOR EXTENSION OF TIME OF (1) DAY FOR LEAVE TO FILE MOTION IN SUPPORT OF MOTION TO SET ASIDE ORDER FOR EARLY NEUTRAL EVALUATION has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(D).

This 12th day of January, 2010.

s/ ***S. Quinn Johnson*** _____
S. Quinn Johnson
Georgia Bar No. 120573

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME OF (1) DAY FOR LEAVE TO FILE MOTION IN SUPPORT OF MOTION TO SET ASIDE ORDER FOR EARLY NEUTRAL EVALUATION has been served with the Clerk of Court and upon parties to this proceeding accepting service electronically via the CM/EFC, on this 12th day of January, 2010.

T. Joshua R. Archer
Georgia Bar No. 021208
M. Anne Kaufold-Wiggins
Georgia Bar No. 142239
BALCH & BINGHAM LLP
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

Cynthia S. Arato
(admitted pro hac vice)
Marc E. Isserles
(admitted pro hac vice)
MACHT, SHAPIRO, ARATO &
ISSERLES, LLP
1114 Avenue of the Americas, 45th Floor
New York, NY 10036
Telephone:  (212) 479-6724
Facsimile:  (212) 202-6417

ATTORNEYS FOR DEFENDANTS UNIVERSAL MOTOWN REPUBLIC RECORDS GROUP, A DIVISION OF UMG RECORDINGS, INC., RONDOR MUSIC INTERNATIONAL, INC., THE ROYALTY NETWORK INC., DARIUS J. HARRISON, P/K/A DEEZLE, AND WARNER-TAMERLANE PUBLISHING CORP.

s/ *S. Quinn Johnson*
S. Quinn Johnson
Georgia Bar No. 120573