IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAEL BRADFORD,<br>Plaintiff, | )<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION NO. |
| DWAYNE MICHAEL CARTER,<br>JR, et al., | )<br>)<br>) | 1:09-CV-00156-JEC |
| Defendants. | )<br>) | |

## ORDER

Having considered the Plaintiff's MOTION FOR EXTENSION OF TIME OF (1) DAY FOR LEAVE TO FILE MOTION IN SUPPORT OF MOTION TO SET ASIDE ORDER FOR EARLY NEUTRAL EVALUTATION pursuant to FED R. CIV. P. 16(b) and 15(a)(2), and for good cause shown, the Motion is **GRANTED**.

IT IS THEREFORE ORDERED that Plaintiff shall file a Motion In Support of Motion to Set Aside Order for ENE on January 12, 2010.

**SO ORDERED**, this 12 day of January, 2010.

JULIE E. CARNES, CHIEF JUDGE
UNITED STATES DISTRICT COURT