IOIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL BRADFORD,<br>Plaintiff,<br><br>v.<br><br>DWAYNE MICHAEL CARTER, JR,<br>p/k/a LIL WAYNE; et al;<br>Defendants. | CIVIL ACTION NO.<br>1:09-CV-00156-JEC |

## ORDER

Having considered the Plaintiff's MOTION FOR EXTENSION OF TIME TO FILE REPLY IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS WITH PREJUDICE pursuant to NDGA LR 65.2; and the discretion of this Court, Plaintiff's Motion is **GRANTED**.

IT IS HEREBY FURTHER ORDERED AND DECREED that as to Plaintiff shall have through and including December 17, 2010, within which to file replies to Defendants' Motions to Dismiss with Prejudice [132, 136].

**SO ORDERED**, this ___9___ day of ___Dec.___, 2010.

_____
JULIE E. CARNES, CHIEF JUDGE
UNITED STATES DISTRICT COURT

FILED IN CHAMBERS
U.S.D.C. Atlanta
DEC 10 2010
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk