IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



MICHAEL BRADFORD,

    Plaintiff,

v.

DWAYNE CARTER, et al.,

    Defendants.

CIVIL ACTION NO.
1:09-CV-00156-JEC

### ORDER & OPINION

Presently before the Court is Plaintiff's Motion for Extension of Time to Remit Payment of Sanctions [130] and Defendants'[1] Emergency Motion to Stay This Action Pending Resolution of Their Motion to Dismiss or to Extend Case Deadlines by Two Weeks for the Limited Purpose of Taking Plaintiff's Expert's Deposition [149].

Following Defendants' Notice of Receipt of Payment of Sanctions [150], filed on January 4, 2011, plaintiff's request for an extension to make that payment is moot, and is **DENIED**.

Upon review of defendants' emergency motion, the Court hereby **DENIES** the Motion to Stay [149-1], but **GRANTS** defendants' Motion to

---

[1] The defendants are Universal Motown Republic Records Group, a division of UMG Recordings, Inc., Rondor Music International, Inc., The Royalty Network Inc., Dwayne Michael Carter, Jr., p/k/a Lil Wayne, Darius J. Harrison, p/k/a Deezle, Warner-Tamerlane Publishing Corp., and Three Nails and a Crown Publishing (erroneously sued as "Three Nails and a Crown, LLC.")

AO 72A
(Rev.8/82)

Extend Case Deadlines [149-2]. Defendants shall have **an additional thirty (30) days** to take the deposition of plaintiff's "expert." All other deadlines shall be extended accordingly.

In so ruling, the Court acknowledges the continuing failure of plaintiff and his counsel to conduct this litigation professionally, honorably, and in compliance with basic standards and rules of civil litigation. For that reason, the Court directs plaintiff/plaintiff's counsel to cooperate with defense counsel to ensure that the deposition is taken during this time period.

The procedure shall be as follows. Defendants shall provide two dates to plaintiff for the taking of the deposition of his expert. Plaintiff shall respond within forty-eight (48) hours. Failure to respond will mean that defendants may choose the date. The deposition shall be at a place near the address of the expert and, at the discretion of the defendants, may be accomplished through video conferencing or any other means that defendants consider to be cost-effective.[2] If the expert fails to appear for the scheduled deposition or fails to respond to questions, the plaintiff and his counsel shall be jointly responsible for any expenses incurred by the defendants. Further, should defendant not comply with the above

---

[2] Plaintiff's discourteous and unprofessional conduct has already created great expense for the defendants in a case that plaintiff seems unwilling to prosecute.

2

directives, the action will be dismissed with prejudice as a result of plaintiff's failure to prosecute the action and to obey this Court's orders.

SO ORDERED, this 6 day of January, 2011.

_____
JULIE E. CARNES
CHIEF UNITED STATES DISTRICT JUDGE