UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta

FEB 25 2011

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

| | |
|---|---|
| Michael Bradford, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Dwayne Michael Carter, Jr, p/k/a Lil | ) |
| Wayne; Bobby Marcel Wilson, p/k/a | ) |
| Bobby Valentino; Darius J. Harrison, | ) |
| p/k/a Deezle; Curtis Stewart, p/k/a Kidd | ) |
| Kidd; Cash Money Records, Inc.; | ) |
| Universal Motown Republic Records | ) |
| Group, a Division of UMG Recordings, | ) |
| Inc.; Warner-Tamerlane Publishing | ) |
| Corp.; Young Money Publishing, Inc.; | ) |
| Tightwerk Music, LLC; Three Nails and | ) |
| a Crown, LLC; Rondor Music | ) |
| International, Inc.; The Royalty | ) |
| Network Inc.; Ultra International Music | ) |
| Publishing, LLC d/b/a Ultra Tunes LLC; | ) |
| BMI Inc.; and ASCAP, | ) |
| | ) |
| Defendants. | ) |

**CIVIL ACTION NO.
1:09-CV-0156-JEC**

## ORDER TO EXTEND DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT

Defendants Universal Motown Republic Records Group, a Division of UMG

Recordings, Inc. ("Universal"), Rondor Music International, Inc. ("Rondor"), The

Royalty Network Inc. ("Royalty Network"), Warner-Tamerlane Publishing Corp.

("Warner-Tamerlane"), Darius J. Harrison p/k/a Deezle, Dwayne Michael Carter,

Jr., p/k/a Lil Wayne ("Carter"), and Three Nails and a Crown Publishing

(erroneously sued as "Three Nails and a Crown, LLC")   ("Three Nails")

(collectively, "Defendants") having requested an extension of time to file Motions

for Summary Judgment, and having considered the request of the Defendants, and

that Plaintiff does not object to the request **IT IS HEREBY ORDERED AND**

**DECREED** that:

Deadline to file Motions for Summary Judgment in the above-referenced

matter shall be extended through and including forty-five (45) days following the

entry of an order regarding the pending "Defendants' Emergency Motion to

Dismiss This Action and to Award Expenses" (Document 153).

SO ORDERED this _2 5_ day of _February_ , 2011.


_____
Honorable Julie E. Carnes
Judge, United States District Court for the
Northern District of Georgia