# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL BRADFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Dwayne Michael Carter, Jr., )<br>p/k/a Lil Wayne; Bobby M. )<br>Wilson, p/k/a Bobby Valentino; )<br>Darius J. Harrison, p/k/a Deezel; )<br>Curtis Stewart, p/k/a Kidd Kidd; )<br>Cash Money Records, Inc.; )<br>Universal Motown Republic )<br>Records Group, a Division of )<br>UMG Recordings, Inc.; Warner- )<br>Tamerlane  Publishing Corp.; )<br>Young Money Publishing Inc.; )<br>Tightwerk Music, LLC; Three )<br>Nails and a Crown, LLC; The )<br>Royalty Network Inc.; Ultra )<br>International Music Publishing )<br>d/b/a Ultra Tunes LLC;  BMI )<br>Inc.; and ASCAP, )<br>)<br>Defendants. )<br>_____ ) | **CIVIL ACTION NO.**<br>**1:09-CV-0156-JEC** |

## DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S
## UNATHORIZED SURREPLY AND PLAINTIFF'S
## UNTIMELY DISCLOSURE OF EXPERT FELICIA M. MIYAKAWA

COME NOW Universal Motown Republic Records Group, a Division of UMG Recordings, Inc., Rondor Music International, Inc., The Royalty Network Inc., Warner-Tamerlane Publishing Corp., Darius J. Harrison, p/k/a Deezle, Dwayne Michael Carter, Jr., p/k/a Lil Wayne, and Three Nails and a Crown Publishing (erroneously sued as "Three Nails and a Crown, LLC") (collectively, "Defendants"), and move this Court to strike Plaintiff's Surreply to Defendants' Emergency Motion To Dismiss This Action and To Award Expense and Plaintiff's Disclosure of Expert Felicia M. Miyakawa.  The grounds for Defendants' motion are fully set forth in the Memorandum of Law filed contemporaneously herewith.

[Signature on following page]

Respectfully submitted this 4th day of March, 2011.

    s/ Cynthia S. Arato
T. Joshua R. Archer
Georgia Bar No. 021208
M. Anne Kaufold-Wiggins
Georgia Bar No. 142239
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W.,
Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

Cynthia S. Arato, Esquire
(admitted *pro hac vice*)
**MACHT, SHAPIRO, ARATO
  & ISSERLES LLP**
The Grace Building
1114 Avenue of the Americas,
45th Floor
New York, NY 10036
Telephone: (212) 479-6727
Facsimile: (212) 202-6417
*Attorneys for Defendants Universal Motown Republic Records Group, a Division of UMG Recordings, Inc., Rondor Music International, Inc., The Royalty Network Inc., Warner-Tamerlane Publishing Corp., Darius J. Harrison, p/k/a Deezle, Dwayne Michael Carter, Jr., p/k/a Lil Wayne, and Three Nails and a Crown Publishing (erroneously sued as "Three Nails and a Crown LLC")*

2

## CERTIFICATE OF COUNSEL REGARDING FONT SIZE

Counsel certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(D).

This 1st day of March, 2011.

s/ Cynthia S. Arato
Cynthia S. Arato
Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of March, 2011, I electronically filed a copy of the foregoing MOTION TO STRIKE PLAINTIFF'S UNAUTHORIZED SURREPLY AND PLAINTIFF'S UNTIMELY DISCLOSURE OF EXPERT FELICIA M. MIYAKAWA and the accompanying MEMORANDUM OF LAW with the Clerk of Court using the CM/ECF system, which will automatically send a copy to the following attorneys of record:

>S. Quinn Johnson, Esq.
>JOHNSON PC
>3348 Peachtree Road, NE
>Tower Place 200, Suite 700
>Atlanta, Georgia 30326
>quinn.johnson@jcoip.com
>
>Shaun M. Daugherty, Esq.
>191 Peachtree Street, NE, Suite 2900
>Atlanta, Georgia 30303
>SDaugherty@hbss.net

In addition, I have caused a copy to be served directly on Plaintiff Michael Bradford via first-class mail at the following address:

>Michael Bradford
>710 Peachtree Street, Apt. 805
>Atlanta, Georgia 30308

>>s/ Cynthia S. Arato
>>Cynthia S. Arato
>>Admitted *pro hac vice*

4