# IN THE UNITED STATE DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MICHAEL BRADFORD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **Civil Action No.** |
| **DWAYNE MICHAEL CARTER, JR.** ) | **1:09-ccv-00156-JEC** |
| **et al.,** ) | |
| ) | |
| **Defendant(s)** ) | |
| ) | |

---

## PLAINTIFF'S MOTION FOR SCHEDULING ORDER OR IN THE ALTERNATIVE, MOTION TO VOLUNTARILY DISMISS CASE

---

Plaintiff Michael Bradford respectfully moves this Court for an Order setting a new scheduling order to extend the current discovery deadlines for phase one, or in the alternative, for an Order voluntarily dismissing Plaintiff's action without prejudice.

As set out more fully in Plaintiff's contemporaneously filed Memorandum in Support of Plaintiff's Motion for Scheduling Order, or In the Alternative, Motion to Voluntarily Dismiss and supporting documents, Plaintiff submits that the aforementioned methods are two means by which to resolve the present dilemma

1

for which he seeks relief from this Court.  Without any specialized training in the law, the Federal Rules of Civil Procedure or the Local Rules of Court, Plaintiff undertook to represent himself for this first eight months of this action.  As the case advanced, Plaintiff sought assistance of an attorney, who from the entry of his appearance in September 2010 (Doc. 70, Notice of Appearance) took actions that not only were disrespectful of the Court, the Federal Rules of Civil Procedure and the parties, but took actions that prejudiced the Plaintiff and seriously jeopardized the progress and status of Plaintiff's case and rights.

For the reasons set forth in the memorandum and supporting documents filed contemporaneously herewith, Plaintiff respectfully requests that he be given an opportunity to promptly remedy the mistakes made by former counsel.  If the Court believes the procedural posture of the case is such that it cannot grant additional time to remedy these errors, Plaintiff respectfully requests that the case be voluntarily dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) with each side to bear its own attorneys' fees and costs.

This motion is made in good faith and not for the purpose of delay.

DATED:  March 7, 2011                    Respectfully submitted,

                                                           HALL, BOOTH, SMITH & SLOVER, P.C.

                                                           /s/ Shaun M. Daugherty
                                                           Shaun M. Daugherty (#205877)
                                                           Attorney for Plaintiff Michael Bradford
                                                           191 Peachtree Street N.E., Suite 2900
                                                           Atlanta, GA 30303
                                                           Telephone:  (404) 954-5000
                                                           Facsimile:   (404) 954-5020

# CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 7th day of March 2011, I electronically filed the foregoing document with the Clerk of Court using the ECF System which sent notification of such filing to the following:

| Counsel | On behalf of: |
|---|---|
| T. Joshua R. Archer, Esq.<br>M. Anne Kaufold-Wiggins, Esq.<br>**BALCH & BINGHAM LLP**<br>30 Ivan Allen Jr. Blvd. N.W., Suite 700<br>Atlanta, GA 30308<br>Telephone: (404) 261-6020<br>Facsimile: (404) 261-3656 | *Universal Motown Republic Records Group, a Division of UMG Recordings, Inc., Rondor Music International, Inc., The Royalty Network Inc., Warner-Tamerlane Publishing Corp., Darius J. Harrison, p/k/a Deezle, Dwayne Michael Carter, Jr., p/k/a Lil Wayne, and Three Nails and a Crown Publishing (named as "Three Nails and a Crown LLC")* |
| Cynthia S. Arato, Esq.<br>**MACHT, SHAPIRO, ARATO & ISSERLES LLP**<br>The Grace Building<br>1114 Avenue of the Americas, 45th Floor<br>New York, NY 10036<br>Telephone: (212) 479-6727<br>Facsimile: (212) 202-6417 | |

HALL, BOOTH, SMITH & SLOVER, P.C.

/s/ Shaun M. Daugherty
Shaun M. Daugherty (#205877)
Attorney for Plaintiff Michael Bradford
191 Peachtree Street N.E., Suite 2900
Atlanta, GA 30303
Telephone: (404) 954-5000
Facsimile: (404) 954-5020

## CERTIFICATE OF PLAINTIFF REGARDING FONT SIZE

Plaintiff certifies that the foregoing has been prepared using Times New Roman font size 14 in accordance with Local Rules 5.1(B)(3) and 7.1(D).

This 7th day of March 2011.

                                          HALL, BOOTH, SMITH & SLOVER, P.C.

                                          /s/ Shaun M. Daugherty
                                          Shaun M. Daugherty (#205877)