IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRCICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAEL BRADFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. |
| DWAYNE MICHAEL CARTER, JR. p/k/a ) | 1:09-CV-00156-JEC |
| LIL WAYNE; BOBBY M. WILSON p/k/a ) | |
| BOBBY VALENTINO, DARIUS J. ) | Appeal No. 11-15023-I |
| HARRISON p/k/a DEEZEL, CURTIS ) | |
| STEWART p/k/a KIDD KIDD, CASH ) | |
| MONEY RECORDS, INC, UNIVERSAL ) | |
| MOTOWN REPUBLIC RECORDS GROUP, ) | |
| A DIVISION OF UMG RECORDINGS, INC., ) | |
| WARNER-TAMERLANE PUBLISHING ) | |
| CORP., YOUNG MONEY PUBLISHING INC., ) | |
| TIGHTWERK MUSIC LLC, THREE NAILS ) | |
| AND A CROWN LLC, THE ROYALTY ) | |
| NETWORK INC., ULTRA INTERNATIONAL ) | |
| MUSIC PUBLISHING d/b/a ULTRA TUNES ) | |
| LLC, BMI  INC. and ASCAP, ) | |
| ) | |
| Defendant(s) ) | |

**PLAINTIFF'S CERTIFICATE OF NO TRANSCRIPT OF PROCEEDINGS**

1

Pursuant to Federal Rules of Appellate Procedure, Rule 10(b)(1)(B), notice is hereby given that no transcript of the proceedings will ordered by Michael Bradford, Plaintiff in the above-entitled action, in connection with his appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment dismissing Plaintiff's complaint with prejudice entered in this action on September 29, 2011 (Doc. 170, Judgment).

There were no proceedings on the record before the District Court which were recorded or for which a transcript was prepared by a court reporter. Plaintiff will rely upon the original papers and exhibits filed in the district court and a certified copy of the docket entries prepared by the district clerk, which constitute the record on appeal in this action.

DATED: November 8, 2011            Respectfully submitted,


                                   /s/ Shaun M. Daugherty
                                   Shaun M. Daugherty (#205877)
                                   191 Peachtree Street N.E., Suite 2900
                                   Atlanta, GA 30303
                                   Telephone:  (404) 954-5000
                                   Facsimile:   (404) 954-5020
                                   sdaugherty@hbss.net

/s/ Ramona P. DeSalvo
Ramona P. DeSalvo (TN BPR# 018491)
DeSalvo Law Firm PLLC
9620 Roanoke Drive
Murfreesboro, TN 37129
Telephone:  (615) 896-4992
Facsimile:   (615) 896-4998
rdesalvo@ramonadesalvo.com
Admitted *Pro Hac Vice*

Attorneys for Plaintiff Michael Bradford

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on the 8th day of November 2011, I electronically filed the foregoing document with the Clerk of Court using the ECF System which sent notification of such filing to the following:

| Counsel | On behalf of: |
|---|---|
| T. Joshua R. Archer, Esq.<br>M. Anne Kaufold-Wiggins, Esq.<br>**BALCH & BINGHAM LLP**<br>30 Ivan Allen Jr. Blvd. N.W., Suite 700<br>Atlanta, GA 30308<br>Telephone: (404) 261-6020<br>Facsimile: (404) 261-3656<br><br>Cynthia S. Arato, Esq.<br>**MACHT, SHAPIRO, ARATO & ISSERLES LLP**<br>The Grace Building<br>1114 Avenue of the Americas, 45th Floor<br>New York, NY 10036<br>Telephone: (212) 479-6727<br>Facsimile: (212) 202-6417 | *Universal Motown Republic Records Group, a Division of UMG Recordings, Inc., Rondor Music International, Inc., The Royalty Network Inc., Warner- Tamerlane Publishing Corp., Darius J. Harrison, p/k/a Deezle, Dwayne Michael Carter, Jr., p/k/a Lil Wayne, and Three Nails and a Crown Publishing (named as "Three Nails and a Crown LLC")* |

DeSalvo Law Firm PLLC

/s/ Ramona P. DeSalvo
Ramona P. DeSalvo (TN BPR# 018491)
9620 Roanoke Drive
Murfreesboro, TN 37129
Telephone: (615) 896-4992
Facsimile: (615) 896-4998
rdesalvo@ramonadesalvo.com